IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

EDDIE LEE JOHNSON §
(TARRANT C/ID#0235907) §
 §
 §
VS. § CIVIL NO. 4:13-CV-842-A(BJ)
 §
 §
OFFICER VAZQUEZ, et al. §

PLAINTIFF'S MOTION OF REQUEST FOR EXTENSION
OF TIME IN THE ABOVE PROCEEDINGS IN
FINDINGS, CONCLUSION AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE AND NOTICE AND ORDER

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE OF SAID COURT:

NOW COMES EDDIE LEE JOHNSON (TARRANT #0235907), PLAINTIFF IN THE ABOVE ENTITLE PLAINTIFF'S MOTION OF REQUEST FOR EXTENSION OF TIME IN THE ABOVE PROCEEDINGS IN FINDINGS, CONCLUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND NOTICE AND ORDER. AND PLAINTIFF WILL SHOW GOOD CAUSE IN THE FOLLOWING MOTION REQUESTED.

I

A. PLAINTIFF IS INDIGENT

JOHNSON WHO'S AN INDIGENT INMATE WHO DON'T MAKE COMMISSARY PURCHASES IN TARRANT COUNTY JAIL. THEREFORE, HE MUST RELY UPON THE JAIL TO HELP HIM OBTAIN WRITING SUPPLIES. PLAINTIFF, EDDIE LEE JOHNSON REQUESTED OCTOBER 22, 2013, THREE EXTRA ENVELOPES AND TWENTY FIVE (25) EXTRA SHEETS OF WRITING PAPER. JOHNSON, THE PLAINTIFF REFERRED ORDER TO INDIGENT SUPPLIES OF TARRANT COUNTY JAIL, STATED LEGAL AND REASON FOR ITS USE. INDIGENT SUPPLIES MADE IT TO JOHNSON ON OCTOBER 24, 2013. THE FULL REQUEST WAS NOT FILLED WITH HIS ORDER OF SUPPLIES (HE) JOHNSON ONLY RECEIVED THREE (3) ENVELOPES AS REQUESTED AND TEN (10) SHEETS OF PAPER, WHEN HE ORDER (25) SHEETS OF WRITING PAPER? JOHNSON STATES, WITHOUT THE CORRECT AMOUNT OF WRITING PAPER COPIES WILL NOT

1 OF 4

BE MADE FOR DEFENDANT'S IN THIS CASE.

B. LEGAL ARGUMENT TO THE FINDING, CONCLUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND NOTICE AND ORDER.

THE PLAINTIFF, EDDIE LEE JOHNSON #0235907 HAS BEEN PLACED IN AN ISOLATION CELL ON OCTOBER 15, 2013. FOR FRIVOLOUS PROCEEDINGS IN DISCIPLINARY-HEARING. WHERE FELT THERE WAS NO NEED FOR HIM TO ATTEND. JOHNSON HAD NOT VIOLATED ANY RULES OF THE TARRANT COUNTY SHERIFFS DEPARTMENT CONFINEMENT BUREAU "INMATE'S HANDBOOK". THE DISCIPLINARY COMMITTEE FOUND JOHNSON GUILTY OF SECTION E:3 FIGHTING OR ASSAULTING ANOTHER INMATE OR OFFICER OR STAFF. AND OF OFFICER'S REPORT (SHE) OFFICER ARY WROTE AND SERVED ON ME HER OWN WRITTEN DICIPLINARY REPORT. THIS WOULD MAKE IT IMPOSSIBLE IN JOHNSON FILTH AMENDMENT. WHERE JOHNSON WOULD BE OR IS WITNESS AGAINST HIMSELF. THEN THE NEXT VIOLATION WOULD BE JOHNSON SIX(6) AMENDMENT. IN WHICH IT HAS BEEN ABRIDGED UPON. DENYING JOHNSON THE RIGHT TO BE CONFRONTED WITH THE WITNESSES AGAINST HIM. WHERE JOHNSON HAS BEEN ADMINISTERED 15 FULL DAYS OF RESTRICTION-WITH NO GYM AND RECREATIONAL TIME OUT OF HIS CELL. JOHNSON IS CONFINE TO AN ISOLATION FOR OVER 24 HOUR PER DAY. THE ONLY WAY JOHNSON IS OR WOULD BE ALLOWED OUTSIDE HIS CELL. IT WOULD BE FOR MEDICAL AND COURT. BECAUSE OF THE FRIVOLOUS DISCIPLINARY HEARING PROCEEDINGS. JOHNSON PLAINTIFF IS SUFFERING CRUEL AND UNUSUAL PUNISHMENT AT EMOTIONAL AND MENTAL STRESS.

C. LEGAL ASSISTANCE AND RESEARCH

EDDIE LEE JOHNSON #0235907 (TARRANT). PLAINTIFF STATES BEING CONFINE UNDER THE FOLLOW CONDITIONS AND CIRCUMSTANCES. HE'S BEEN UNABLE TO PREPARE FOR COURTS AND DEFENDANT'S. ANY PAPER OR FILE ANY OF THE MEANINGFUL LEGAL DOCUMENTS. THAT THE UNITED STATES MAGISTRATE JUDGE STATES IN FINDINGS, CONCLUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND NOTICE AND ORDER.

WHEREAS BEING WITHOUT GENERAL POPULATION PRIVILEGES. TO

2 OF 4

PHYSICALLY ATTEND LAW LIBRARY. AND THEREFORE. WOULD HAVE SOMEONE ME. I'm NOT PROVIDE ACCESS TO ADEQUATE LAW LIBRARIES OR ADEQUATE ASSISTANCE FROM PERSON TRAIN IN THE LAW. HERE'S ANOTHER FUNDAMENTAL CONSTITUTIONAL RIGHT OF JOHNSON ACCESS TO THE COURTS VIOLATED."

## PRAYER

WHEREFORE, PREMISES, CONSIDER, PLAINTIFF PRAYS THE UNITED STATES DISTRICT COURT MAGISTRATE JUDGE GRANT PLAINTIFF'S MOTION OF REQUEST FOR EXTENSION OF TIME IN THE ABOVE PROCEEDING IN FINDINGS, CONCLUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE NOTICE AND ORDER.

## UNSWORN DECLARATION

I, EDDIE LEE JOHNSON, (TARRANT #0235907), PLAINTIFF PRAYS OR BEING PRESENTLY INCARCERATED IN THE TARRANT COUNTY JAIL, IN TARRANT COUNTY, TEXAS. DO HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE AND DOCUMENT FOREGOING IS TRUE AND CORRECT.

EXECUTED ON OCTOBER 25, 2013.

I, EDDIE LEE JOHNSON, HEREBY CERTIFY THAT ON OCTOBER 25, 2013, I HAVE NOT FORWARD A COPY OF THE FOREGOING DEFENDANT'S AT THE ADDRESS OF TARRANT COUNTY JAIL, 100 NORTH LAMAR STREET, FORT WORTH TEXAS 76102. FOR THE FOLLOWING REASON OR REASON'S STATED THEREIN THIS DOCUMENT.

        EDDIE LEE JOHNSON #0235907
        Eddie Lee Johnson #0235907
        TARRANT COUNTY JAIL
        100 NORTH LAMAR STREET
        FORT WORTH, TEXAS 76102
        OCTOBER 25, 2013.

ORDER

ON THIS THE _____ DAY OF _____, 20___ CAME TO BE PLAINTIFF'S MOTION OF REQUEST FOR EXTENSION OF TIME IN THE ABOVE PROCEEDINGS IN FINDINGS, CONCLUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE NOTICE AND ORDER - IN THIS COURT, THAT THIS MOTION SHOULD BE _____ GRANTED _____ DENIED.

_____
UNITED STATES MAGISTRATE JUDGE

4 OF 4



